IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARCUS ABRAHAM
ADC #654155                                                               PLAINTIFF

v.                              No: 4:21-cv-314-DPM

DEXTER PAYNE, Director, ADC;
GARY MUSSELWHITE, Warden,
Ester Unit, ADC; MICHELLE GRAY,
Deputy Warden, Ester Unit, ADC;
and SANDRA GRACY, Corporal,
Ester Unit, ADC                                                           DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Abraham hasn't paid the filing fee or filed a complete application to proceed in *forma pauperis*; instead, his mail is being returned undelivered. *Doc. 4–6*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2021