IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARCUS ABRAHAM
ADC #654155                                                              PLAINTIFF

v.                          No: 4:21-cv-314-DPM

DEXTER PAYNE, Director, ADC;
GARY MUSSELWHITE, Warden,
Ester Unit, ADC; MICHELLE GRAY,
Deputy Warden, Ester Unit, ADC;
and SANDRA GRACY, Corporal,
Ester Unit, ADC                                                          DEFENDANTS

## JUDGMENT

Abraham's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2021